Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.:  21−10584−ABA
                                  Chapter:  13
                                  Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael C. Eckardt                                                       Paula M. Eckardt
   2 Deerfield Lane                                                        2 Deerfield Lane
   Sewell, NJ 08080                                                   Sewell, NJ 08080

Social Security No.:
   xxx−xx−7045                                                              xxx−xx−8835

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                3/24/21
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 25, 2021
JAN: jpl

                                                                                            Jeanne Naughton
                                                                                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 21-10584-ABA
Michael C. Eckardt                                                         Chapter 13
Paula M. Eckardt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                              Page 1 of 4
Date Rcvd: Jan 25, 2021         Form ID: 132                           Total Noticed: 94

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Eckardt, Paula M. Eckardt, 2 Deerfield Lane, Sewell, NJ 08080-2010 |
| 519082265 | + | AR Resources, Inc., 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 519082259 | | Advanced Dermatology, PC, 570 Egg Harbor Road, Ste C-1, Sewell, NJ 08080-2359 |
| 519082260 | | Advanced ENT, PO Box 1870, Cary, NC 27512-1870 |
| 519082261 | | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 519082262 | + | Allan C. Smith, Esquire, 1276 Veterans Highway Suite E-1, Bristol, PA 19007-2597 |
| 519082264 | + | Alpha Recovery Corp, 6912 S Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 519082266 | + | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519082267 | + | Bureaus Invesment Group, Portfolio No 15 LLC, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519082270 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 519082274 | + | CarePayment, PO Box 20337, Portland, OR 97294-0337 |
| 519082275 | + | Center Street Finance, 700 W Arkansas Lane, Suite 150, Arlington, TX 76013-7645 |
| 519082277 | | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519082278 | | City of Wilmington, PO Box 15404, Wilmington, DE 19850-5404 |
| 519082280 | + | Complete Collection Service, 1007 N Federal Highway, #280, Fort Lauderdale, FL 33304-1422 |
| 519082282 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 519082283 | | Cooper University Physicians, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519082285 | + | Crafter's Choice Brands LLC, 7820 E Pleasant Valley Road, Independence, OH 44131-5531 |
| 519082317 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 519082288 | | Delaware Dept of Transportation, Delaware EZ-Pass Violation Center, PO Box 697, Dover, DE 19903-0697 |
| 519082289 | | Delaware Valley Urology, LLC, 2003B Lincoln Drive West, Marlton, NJ 08053-1529 |
| 519082290 | + | E-ZPass Violation Processing Ctr, PO Box 4971, Trenton, NJ 08650-4971 |
| 519082291 | + | Ears Nose & Throat Specialists PC, 1206 W Sherman Avenue, Bldg 2, Ste B, Vineland, NJ 08360-6911 |
| 519082292 | + | Emerg Phy Assoc of S.Jersey, PC, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 519082293 | | Express Lanes, c/o JPMorgan Chase Bank, N.A., PO Box 28148, New York, NY 10087-8148 |
| 519082294 | + | FCBS, Inc., 330 S Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 519082295 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519082296 | | First Financial Asset Mgmt, Inc., PO Box 901, Fort Mill, SC 29716-0901 |
| 519082297 | + | Garden State Radiology Network, LLC, 28077 Network Place, Chicago, IL 60673-1280 |
| 519082298 | | HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080 |
| 519082299 | | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519082300 | | HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 519082301 | + | HUP OP Pharmacy, 3400 Spruce Street, Philadelphia, PA 19104-4238 |
| 519082302 | | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519082303 | | Ingrid Warmuth, MD, PO Box 785006, Philadelphia, PA 19178-5006 |
| 519082305 | + | Inspira Health Network, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082304 | | Inspira Health Network, PO Box 650292, Dallas, TX 75265-0292 |
| 519082306 | | Internal Medicine Associates, PA, 201 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082310 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |

Case 21-10584-ABA    Doc 9    Filed 01/27/21    Entered 01/28/21 00:19:38    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2021 | Form ID: 132 | Total Noticed: 94 |

| | | |
|---|---|---|
| 519082313 | #+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 519082311 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 519082312 | | Kennedy Medical Group Practice, PC, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 519082315 | | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 519082316 | | Littman & Barclay Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 519082318 | + | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-1600 |
| 519082319 | + | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 519082320 | + | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519082321 | | Miraca Life Sciences, PO Box 844117, Dallas, TX 75284-4117 |
| 519082324 | + | NC Quick Pass Customer Service Center, 200 Sorrell Grove Church Road, Suite A, Morrisville, NC 27560-9543 |
| 519082326 | | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 519082328 | + | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 519082327 | + | PA Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519082329 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082330 | | Pinnacle Mid-Atlantic Anesthesia/NJ, PO Box 650782, Dallas, TX 75265-0782 |
| 519082332 | | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519082333 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 519082334 | + | Professional Account Management, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 519082335 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519082339 | | SJ Gastroenterology Consultants PA, PO Box 183, Bridgeton, NJ 08302-0137 |
| 519082344 | + | STAT Medical Transport, PO Box 13702, 30th Street Station, Philadelphia, PA 19101-3702 |
| 519082340 | | South Jersey Eye Associates, PA, 205 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082341 | + | South Jersey Health System, 501 Front Street, Elmer, NJ 08318-2101 |
| 519082342 | + | South Jersey Healthcare, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082343 | + | Southern Regional Pathology Assoc., PC, 1505 West Sherman Avenue, Vineland, NJ 08360-7059 |
| 519082346 | + | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 519082347 | + | The Bureaus Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519082348 | + | Thomas & Cook, PO Box 598, 57 Cooper Street, 2nd Floor, Woodbury, NJ 08096-4650 |
| 519082349 | | Trustees UPHS HUP PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082350 | + | Westlake Financial Services, PO Box 54607, Los Angeles, CA 90054-0607 |

TOTAL: 69

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519082263 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 25 2021 21:41:00 | AllianceOne Receivables Management, Inc., 4850 Street Road Suite 300, Feasterville Trevose, PA 19053-6643 |
| 519082268 | + | Email/Text: payments@brsi.net | Jan 25 2021 21:44:00 | Business Revenue Systems, Inc., 3208 Division Street, Burlington, IA 52601-1653 |
| 519082269 | | Email/Text: info@chcollects.com | Jan 25 2021 21:44:00 | C&H Collection Services Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 519082271 | + | Email/Text: clientrep@capitalcollects.com | Jan 25 2021 21:44:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 519082272 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 25 2021 22:50:32 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519082279 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2021 21:43:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 519082281 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 25 2021 21:43:00 | Convergent Outsourcing, Inc., 800 SW 39th St, PO Box 9004, Renton, WA 98057-9004 |
| 519082284 | | Email/Text: bankruptcy@sccompanies.com | Jan 25 2021 21:44:00 | Country Door Inspirations, 1112 7th Avenue, Monroe, WI 53566-1364 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519082286 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 25 2021 21:44:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519082287 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2021 22:50:39 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519082307 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2021 21:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519082309 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2021 21:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 519082273 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 25 2021 22:55:02 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 519082308 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2021 21:43:00 | Jared Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 519082314 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 25 2021 21:42:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519082322 | + | Email/Text: mpma1944@aol.com | Jan 25 2021 21:43:00 | MPMA Collections, PO Box 298, Millville, NJ 08332-0298 |
| 519082323 | | Email/Text: Bankruptcies@nragroup.com | Jan 25 2021 21:44:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 519082325 | + | Email/PDF: bankruptcy@ncfsi.com | Jan 25 2021 22:55:17 | New Century Financial Services, 110 S Jefferson Rd #104, Whippany, NJ 07981-1038 |
| 519082331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2021 22:47:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519082336 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2021 22:47:18 | Resurgent Receivables LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 519082337 | + | Email/Text: bkrpt@retrievalmasters.com | Jan 25 2021 21:43:00 | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 519082338 | + | Email/Text: jennifer.chacon@spservicing.com | Jan 25 2021 21:44:00 | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082345 | | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:46:51 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519082276 | ## | Chase Receivables, 755 Baywood Drive, Suite 208, Petaluma, CA 94954-5508 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jan 25, 2021 | Form ID: 132 | Total Noticed: 94

Date: Jan 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Debtor Michael C. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Paula M. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4