Certificate of Notice   Page 1 of 5
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 21-10584 (ABA) |
| MICHAEL C. ECKARDT and PAULA M. ECKARDT | Chapter: | 13 |
| | Judge: | Andrew B. Altenbur |

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____ Debtors _____, Michael & Paula Eckardt , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | U.S. Post Office and Courthouse<br>401 Market Street<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr., U.S.B.J. on _____ June 22, 2021 _____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__ , _____ 400 Cooper Street, 4th Floor, Camden, NJ 08101 _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action: | Payment by insurance company, Geico, for total loss of debtors' vehicle, 2014 Nissan Altima, in the amount of $9,768.51. |

| | |
|---|---|
| Pertinent terms of settlement: | $7,631.40 (minus adequate protection payments) paid by Geico directly to Peritus Portfolio Services in full satisfaction of any and all amounts owed by debtors, Michael C. & Paula M. Eckardt, arising from the purchase of the 2014 Nissan Altima.<br><br>Remaining balance of insurance proceeds of $2,137.11 (plus adequate protection payments) are exempt pursuant to 11 U.S.C. 522(d)(2) and shall be paid directly to debtors. |

Objections must be served on, and requests for additional information directed to:

Name: _____ Rex J. Roldan, Esquire _____

Address: _____ 900 Route 168, Suite I-4, Turnersville, NJ 08012 _____

Telephone No.: (856) 232-1425 _____

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-10584-ABA

Michael C. Eckardt                                                          Chapter 13

Paula M. Eckardt

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 24, 2021 | Form ID: pdf905 | Total Noticed: 104 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Eckardt, Paula M. Eckardt, 2 Deerfield Lane, Sewell, NJ 08080-2010 |
| 519082265 | + | AR Resources, Inc., 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 519082259 | | Advanced Dermatology, PC, 570 Egg Harbor Road, Ste C-1, Sewell, NJ 08080-2359 |
| 519082260 | | Advanced ENT, PO Box 1870, Cary, NC 27512-1870 |
| 519082261 | | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 519082262 | + | Allan C. Smith, Esquire, 1276 Veterans Highway Suite E-1, Bristol, PA 19007-2597 |
| 519082264 | + | Alpha Recovery Corp, 6912 S Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 519082266 | + | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519082267 | + | Bureaus Invesment Group, Portfolio No 15 LLC, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519082270 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 519082274 | + | CarePayment, PO Box 20337, Portland, OR 97294-0337 |
| 519082275 | + | Center Street Finance, 700 W Arkansas Lane, Suite 150, Arlington, TX 76013-7645 |
| 519082278 | | City of Wilmington, PO Box 15404, Wilmington, DE 19850-5404 |
| 519082280 | + | Complete Collection Service, 1007 N Federal Highway, #280, Fort Lauderdale, FL 33304-1422 |
| 519082282 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 519082283 | | Cooper University Physicians, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519082285 | + | Crafter's Choice Brands LLC, 7820 E Pleasant Valley Road, Independence, OH 44131-5531 |
| 519082288 | | Delaware Dept of Transportation, Delaware EZ-Pass Violation Center, PO Box 697, Dover, DE 19903-0697 |
| 519082289 | | Delaware Valley Urology, LLC, 2003B Lincoln Drive West, Marlton, NJ 08053-1529 |
| 519082290 | + | E-ZPass Violation Processing Ctr, PO Box 4971, Trenton, NJ 08650-4971 |
| 519082291 | + | Ears Nose & Throat Specialists PC, 1206 W Sherman Avenue, Bldg 2, Ste B, Vineland, NJ 08360-6911 |
| 519082292 | + | Emerg Phy Assoc of S.Jersey, PC, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 519127196 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 519082293 | | Express Lanes, c/o JPMorgan Chase Bank, N.A., PO Box 28148, New York, NY 10087-8148 |
| 519082294 | + | FCBS, Inc., 330 S Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 519082295 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519082296 | | First Financial Asset Mgmt, Inc., PO Box 901, Fort Mill, SC 29716-0901 |
| 519082297 | + | Garden State Radiology Network, LLC, 28077 Network Place, Chicago, IL 60673-1280 |
| 519132249 | | Grand Avenue Mortgage Loan Trust 2017-RPL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519082298 | | HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080 |
| 519082299 | | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519082300 | | HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 519082301 | + | HUP OP Pharmacy, 3400 Spruce Street, Philadelphia, PA 19104-4238 |
| 519082302 | | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519082303 | | Ingrid Warmuth, MD, PO Box 785006, Philadelphia, PA 19178-5006 |
| 519082305 | + | Inspira Health Network, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082304 | | Inspira Health Network, PO Box 650292, Dallas, TX 75265-0292 |
| 519082306 | | Internal Medicine Associates, PA, 201 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082310 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 519082313 | #+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 24, 2021 | Form ID: pdf905 | Total Noticed: 104 |

| | | |
|---|---|---|
| 519082311 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 519082312 | | Kennedy Medical Group Practice, PC, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 519082315 | | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 519082316 | | Littman & Barclay Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 519082318 | + | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-1600 |
| 519082319 | + | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 519082321 | | Miraca Life Sciences, PO Box 844117, Dallas, TX 75284-4117 |
| 519082324 | + | NC Quick Pass Customer Service Center, 200 Sorrell Grove Church Road, Suite A, Morrisville, NC 27560-9543 |
| 519082326 | | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 519082327 | + | PA Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519082328 | + | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 519082329 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082330 | | Pinnacle Mid-Atlantic Anesthesia/NJ, PO Box 650782, Dallas, TX 75265-0782 |
| 519082332 | | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519082334 | + | Professional Account Management, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 519082333 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 519082335 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519082339 | | SJ Gastroenterology Consultants PA, PO Box 183, Bridgeton, NJ 08302-0137 |
| 519082344 | + | STAT Medical Transport, PO Box 13702, 30th Street Station, Philadelphia, PA 19101-3702 |
| 519082338 | + | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082340 | | South Jersey Eye Associates, PA, 205 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082341 | + | South Jersey Health System, 501 Front Street, Elmer, NJ 08318-2101 |
| 519082342 | + | South Jersey Healthcare, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082343 | + | Southern Regional Pathology Assoc., PC, 1505 West Sherman Avenue, Vineland, NJ 08360-7059 |
| 519082346 | + | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 519082347 | + | The Bureaus Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519082348 | #+ | Thomas & Cook, PO Box 598, 57 Cooper Street, 2nd Floor, Woodbury, NJ 08096-4650 |
| 519082349 | | Trustees UPHS HUP PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082350 | + | Westlake Financial Services, PO Box 54607, Los Angeles, CA 90054-0607 |

TOTAL: 69

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519082263 | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 24 2021 20:46:00 | AllianceOne Receivables Management, Inc., 4850 Street Road Suite 300, Feasterville Trevose, PA 19053-6643 |
| 519153026 | + | Email/PDF: rmscedi@recoverycorp.com | May 24 2021 21:09:33 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519082268 | + | Email/Text: payments@brsi.net | May 24 2021 20:53:00 | Business Revenue Systems, Inc., 3208 Division Street, Burlington, IA 52601-1653 |
| 519082269 | | Email/Text: info@chcollects.com | May 24 2021 20:53:00 | C&H Collection Services Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 519153639 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2021 21:09:36 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519082271 | + | Email/Text: clientrep@capitalcollects.com | May 24 2021 20:53:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 519082272 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 24 2021 21:09:28 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519142234 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 24 2021 21:09:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0312-1                          User: admin                                    Page 3 of 4
Date Rcvd: May 24, 2021                       Form ID: pdf905                         Total Noticed: 104

| | | | | |
|---|---|---|---|---|
| 519190982 | + Email/Text: peritus@ebn.phinsolutions.com | | | |
| | | May 24 2021 20:53:00 | Center Street Finance c/o Peritus Portfolio Svcs, PO Box 141419, Irving, TX 75014-1419 | |
| 519082277 | Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | May 24 2021 21:10:43 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 | |
| 519082279 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | | |
| | | May 24 2021 20:47:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 | |
| 519082281 | + Email/Text: convergent@ebn.phinsolutions.com | | | |
| | | May 24 2021 20:48:00 | Convergent Outsourcing, Inc., 800 SW 39th St, PO Box 9004, Renton, WA 98057-9004 | |
| 519082284 | Email/Text: bankruptcy@sccompanies.com | | | |
| | | May 24 2021 20:53:00 | Country Door Inspirations, 1112 7th Avenue, Monroe, WI 53566-1364 | |
| 519082286 | + Email/Text: bankruptcy_notifications@ccsusa.com | | | |
| | | May 24 2021 20:53:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 | |
| 519082287 | Email/PDF: creditonebknotifications@resurgent.com | | | |
| | | May 24 2021 21:10:05 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 | |
| 519082317 | Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | May 24 2021 21:10:43 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 | |
| 519082307 | Email/Text: sbse.cio.bnc.mail@irs.gov | | | |
| | | May 24 2021 20:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 | |
| 519082309 | Email/Text: JCAP_BNC_Notices@jcap.com | | | |
| | | May 24 2021 20:48:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 | |
| 519082273 | Email/PDF: ais.chase.ebn@americaninfosource.com | | | |
| | | May 24 2021 21:10:37 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 | |
| 519082308 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | | |
| | | May 24 2021 20:47:00 | Jared Jewelers, PO Box 3680, Akron, OH 44309-3680 | |
| 519082314 | Email/Text: PBNCNotifications@peritusservices.com | | | |
| | | May 24 2021 20:46:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 | |
| 519110858 | Email/PDF: MerrickBKNotifications@Resurgent.com | | | |
| | | May 24 2021 21:09:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 | |
| 519082322 | + Email/Text: mpma1944@aol.com | | | |
| | | May 24 2021 20:47:00 | MPMA Collections, PO Box 298, Millville, NJ 08332-0298 | |
| 519082320 | + Email/Text: bankruptcydpt@mcmcg.com | | | |
| | | May 24 2021 20:47:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 | |
| 519082323 | Email/Text: Bankruptcies@nragroup.com | | | |
| | | May 24 2021 20:53:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 | |
| 519082325 | + Email/PDF: bankruptcy@ncfsi.com | | | |
| | | May 24 2021 21:10:43 | New Century Financial Services, 110 S Jefferson Rd #104, Whippany, NJ 07981-1038 | |
| 519082331 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | May 24 2021 21:10:42 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 | |
| 519127151 | Email/Text: bnc-quantum@quantum3group.com | | | |
| | | May 24 2021 20:47:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 | |
| 519082336 | + Email/PDF: resurgentbknotifications@resurgent.com | | | |
| | | May 24 2021 21:10:11 | Resurgent Receivables LLC, PO Box 1269, Greenville, SC 29602-1269 | |
| 519100143 | Email/PDF: resurgentbknotifications@resurgent.com | | | |
| | | May 24 2021 21:09:36 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 | |
| 519082337 | + Email/Text: bkrpt@retrievalmasters.com | | | |
| | | May 24 2021 20:47:00 | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 | |
| 519082345 | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | May 24 2021 21:10:01 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 | |
| 519083580 | + Email/PDF: gecsedi@recoverycorp.com | | | |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 24, 2021 | Form ID: pdf905 | Total Noticed: 104 |

|  | May 24 2021 21:10:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519108945 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519082276 | ## | Chase Receivables, 755 Baywood Drive, Suite 208, Petaluma, CA 94954-5508 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Joint Debtor Paula M. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor Michael C. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5