Certificate Number: 17082-NJ-DE-035942788

Bankruptcy Case Number: 21-10584



17082-NJ-DE-035942788

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2021, at 7:51 o'clock PM MST, MICHAEL C ECKARDT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 25, 2021          By:   /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director