Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21–10584–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael C. Eckardt | Paula M. Eckardt |
| 2 Deerfield Lane | 2 Deerfield Lane |
| Sewell, NJ 08080 | Sewell, NJ 08080 |

Social Security No.:
  xxx–xx–7045                                               xxx–xx–8835

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

    Notice is hereby given that a Plan was confirmed in this matter on .

    On 12/8/2021 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                January 26, 2022
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 20, 2021
JAN:

                                                                                                       Jeanne Naughton
                                                                                                       Clerk