Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 21−10584−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael C. Eckardt  
2 Deerfield Lane  
Sewell, NJ 08080

Paula M. Eckardt  
2 Deerfield Lane  
Sewell, NJ 08080

Social Security No.:  
xxx−xx−7045

xxx−xx−8835

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 12/8/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date: January 26, 2022  
Time: 10:00 AM  
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 20, 2021  
JAN:

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael C. Eckardt  
Paula M. Eckardt  
    Debtors

Case No. 21-10584-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Dec 20, 2021      Form ID: 185      Total Noticed: 104

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Eckardt, Paula M. Eckardt, 2 Deerfield Lane, Sewell, NJ 08080-2010 |
| 519082265 | + | AR Resources, Inc., 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 519082259 | | Advanced Dermatology, PC, 570 Egg Harbor Road, Ste C-1, Sewell, NJ 08080-2359 |
| 519082260 | | Advanced ENT, PO Box 1870, Cary, NC 27512-1870 |
| 519082261 | | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 519082262 | + | Allan C. Smith, Esquire, 1276 Veterans Highway Suite E-1, Bristol, PA 19007-2597 |
| 519082264 | + | Alpha Recovery Corp, 6912 S Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 519082266 | + | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519082267 | + | Bureaus Invesment Group, Portfolio No 15 LLC, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519082270 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 519082274 | + | CarePayment, PO Box 20337, Portland, OR 97294-0337 |
| 519082275 | + | Center Street Finance, 700 W Arkansas Lane, Suite 150, Arlington, TX 76013-7645 |
| 519082278 | | City of Wilmington, PO Box 15404, Wilmington, DE 19850-5404 |
| 519082280 | + | Complete Collection Service, 1007 N Federal Highway, #280, Fort Lauderdale, FL 33304-1422 |
| 519082282 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 519082283 | | Cooper University Physicians, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519082285 | + | Crafter's Choice Brands LLC, 7820 E Pleasant Valley Road, Independence, OH 44131-5531 |
| 519082288 | | Delaware Dept of Transportation, Delaware EZ-Pass Violation Center, PO Box 697, Dover, DE 19903-0697 |
| 519082289 | | Delaware Valley Urology, LLC, 2003B Lincoln Drive West, Marlton, NJ 08053-1529 |
| 519082290 | + | E-ZPass Violation Processing Ctr, PO Box 4971, Trenton, NJ 08650-4971 |
| 519082291 | + | Ears Nose & Throat Specialists PC, 1206 W Sherman Avenue, Bldg 2, Ste B, Vineland, NJ 08360-6911 |
| 519082292 | + | Emerg Phy Assoc of S.Jersey, PC, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 519127196 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 519082293 | | Express Lanes, c/o JPMorgan Chase Bank, N.A., PO Box 28148, New York, NY 10087-8148 |
| 519082294 | + | FCBS, Inc., 330 S Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 519082295 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519082296 | | First Financial Asset Mgmt, Inc., PO Box 901, Fort Mill, SC 29716-0901 |
| 519082297 | + | Garden State Radiology Network, LLC, 28077 Network Place, Chicago, IL 60673-1280 |
| 519132249 | | Grand Avenue Mortgage Loan Trust 2017-RPL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519082298 | | HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080 |
| 519082299 | | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519082300 | | HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 519082301 | + | HUP OP Pharmacy, 3400 Spruce Street, Philadelphia, PA 19104-4238 |
| 519082302 | | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519082303 | | Ingrid Warmuth, MD, PO Box 785006, Philadelphia, PA 19178-5006 |
| 519082305 | + | Inspira Health Network, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082304 | | Inspira Health Network, PO Box 650292, Dallas, TX 75265-0292 |
| 519082306 | | Internal Medicine Associates, PA, 201 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082310 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 519082311 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |

Case 21-10584-ABA  Doc 26  Filed 12/22/21  Entered 12/23/21 00:14:02  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: 185 | Total Noticed: 104 |

| | | |
|---|---|---|
| 519082312 | | Kennedy Medical Group Practice, PC, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 519082315 | | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 519082316 | | Littman & Barclay Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 519082318 | + | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-1600 |
| 519082319 | + | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 519082321 | | Miraca Life Sciences, PO Box 844117, Dallas, TX 75284-4117 |
| 519082324 | + | NC Quick Pass Customer Service Center, 200 Sorrell Grove Church Road, Suite A, Morrisville, NC 27560-9543 |
| 519269310 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 519082326 | | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 519082328 | + | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 519082327 | + | PA Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519082329 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082330 | | Pinnacle Mid-Atlantic Anesthesia/NJ, PO Box 650782, Dallas, TX 75265-0782 |
| 519082334 | + | Professional Account Management, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 519082333 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 519082335 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519082339 | | SJ Gastroenterology Consultants PA, PO Box 183, Bridgeton, NJ 08302-0137 |
| 519082344 | + | STAT Medical Transport, PO Box 13702, 30th Street Station, Philadelphia, PA 19101-3702 |
| 519082338 | + | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082340 | | South Jersey Eye Associates, PA, 205 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082341 | + | South Jersey Health System, 501 Front Street, Elmer, NJ 08318-2101 |
| 519082342 | + | South Jersey Healthcare, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082343 | + | Southern Regional Pathology Assoc., PC, 1505 West Sherman Avenue, Vineland, NJ 08360-7059 |
| 519082346 | + | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 519082347 | + | The Bureaus Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519082348 | #+ | Thomas & Cook, PO Box 598, 57 Cooper Street, 2nd Floor, Woodbury, NJ 08096-4650 |
| 519082349 | | Trustees UPHS HUP PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082350 | + | Westlake Financial Services, PO Box 54607, Los Angeles, CA 90054-0607 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519082263 | + Email/Text: kristin.villneauve@allianceoneinc.com | Dec 20 2021 20:37:00 | AllianceOne Receivables Management, Inc., 4850 Street Road Suite 300, Feasterville Trevose, PA 19053-6643 |
| 519082267 | + Email/PDF: tbiedi@PRAGroup.com | Dec 20 2021 20:45:48 | Bureaus Invesment Group, Portfolio No 15 LLC, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519153026 | + Email/PDF: rmscedi@recoverycorp.com | Dec 20 2021 20:45:49 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519082268 | + Email/Text: payments@brsi.net | Dec 20 2021 20:37:00 | Business Revenue Systems, Inc., 3208 Division Street, Burlington, IA 52601-1653 |
| 519082269 | Email/Text: info@chcollects.com | Dec 20 2021 20:37:00 | C&H Collection Services Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 519153639 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:45:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519082271 | + Email/Text: clientrep@capitalcollects.com | Dec 20 2021 20:37:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 519082272 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 20:45:36 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519142234 | + Email/PDF: ebn_ais@aisinfo.com | | |

Case 21-10584-ABA   Doc 26   Filed 12/22/21   Entered 12/23/21 00:14:02   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: 185 | Total Noticed: 104 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 20 2021 20:45:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519190982 | + | Email/Text: peritus@ebn.phinsolutions.com | Dec 20 2021 20:37:00 | Center Street Finance c/o Peritus Portfolio Svcs, PO Box 141419, Irving, TX 75014-1419 |
| 519082277 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2021 20:46:07 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519082279 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2021 20:37:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 519082281 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 20 2021 20:37:00 | Convergent Outsourcing, Inc., 800 SW 39th St, PO Box 9004, Renton, WA 98057-9004 |
| 519082284 | | Email/Text: bankruptcy@sccompanies.com | Dec 20 2021 20:37:00 | Country Door Inspirations, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519082286 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 20 2021 20:37:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519082287 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2021 20:45:39 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519082317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2021 20:45:54 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 519082302 | | Email/Text: Bankruptcy@ICSystem.com | Dec 20 2021 20:37:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519082307 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2021 20:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519082309 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2021 20:37:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 519082273 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2021 20:46:02 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 519082308 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2021 20:37:00 | Jared Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 519082314 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2021 20:37:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519110858 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2021 20:45:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519082322 | + | Email/Text: mpma1944@aol.com | Dec 20 2021 20:37:00 | MPMA Collections, PO Box 298, Millville, NJ 08332-0298 |
| 519082320 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2021 20:37:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519082323 | | Email/Text: Bankruptcies@nragroup.com | Dec 20 2021 20:37:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 519082325 | + | Email/PDF: bankruptcy@ncfsi.com | Dec 20 2021 20:45:37 | New Century Financial Services, 110 S Jefferson Rd #104, Whippany, NJ 07981-1038 |
| 519082331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2021 20:46:03 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519082332 | | Email/Text: signed.order@pfwattorneys.com | Dec 20 2021 20:37:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519127151 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2021 20:37:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519082336 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:45:40 | Resurgent Receivables LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 519100143 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:45:39 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 21-10584-ABA  Doc 26  Filed 12/22/21  Entered 12/23/21 00:14:02  Desc Imaged
Certificate of Notice  Page 5 of 5

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: 185 | Total Noticed: 104 |

| 519082337 | + Email/Text: bkrpt@retrievalmasters.com | | |
|---|---|---|---|
| | | Dec 20 2021 20:37:00 | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 519082345 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 20 2021 21:00:23 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519083580 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 20 2021 21:00:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519082347 | + Email/PDF: tbiedi@PRAGroup.com | | |
| | | Dec 20 2021 20:45:35 | The Bureaus Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RoundPoint Mortgage Servicing Corporation |
| 519108945 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519082276 | ## | Chase Receivables, 755 Baywood Drive, Suite 208, Petaluma, CA 94954-5508 |
| 519082313 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Joint Debtor Paula M. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor Michael C. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5