**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0    Valuation of Security        0    Assumption of Executory Contract or Unexpired Lease        0    Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    MICHAEL C. ECKARDT and PAULA M. ECKARDT

Debtor(s)

Case No.: 21-10584 (ABA)

Judge: Andrew B. Altenburg, Jr.

## Chapter 13 Plan and Motions

☐ Original            ☐ Modified/Notice Required            Date: December 8, 2021

☐ Motions Included    ☒ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____RJR____    Initial Debtor: ____MCE____    Initial Co-Debtor: ____PME____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____1,276.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____February, 2021_____ for approximately _____sixty (60)_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

Debtors have paid $14,036.00 into the plan to date.

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,963.00 |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Income taxes | $1,922.97 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

    **a.  Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. | 2 Deerfield Lane, Sewell, NJ 08080 | $57,367.61 | | $57,367.61 | $1,739.22 |

    **b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

    **c.  Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**   ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Center Street Finance | 2014 Nissan Altima | $9,700.00 | $0.00 |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

　　a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorney's fees _____
3) Secured claims _____
4) Unsecured claims _____

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: January 24, 2021_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To remove adequate protection payments, provide the actual amounts owed to IRS and mortgage company, and to surrender the 2014 Nissan Altima. | Parts 2, 3a, and 4a are amended. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: December 8, 2021                              /s/ Michael C. Eckardt
                                                    Debtor

Date: December 8, 2021                              /s/ Paula M. Eckardt
                                                    Joint Debtor

Date: December 8, 2021                              /s/ Rex J. Roldan
                                                    Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  
Michael C. Eckardt  
Paula M. Eckardt  
    Debtors

Case No. 21-10584-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4  
Date Rcvd: Dec 20, 2021    Form ID: pdf901    Total Noticed: 104

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Eckardt, Paula M. Eckardt, 2 Deerfield Lane, Sewell, NJ 08080-2010 |
| 519082265 | + | AR Resources, Inc., 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 519082259 | | Advanced Dermatology, PC, 570 Egg Harbor Road, Ste C-1, Sewell, NJ 08080-2359 |
| 519082260 | | Advanced ENT, PO Box 1870, Cary, NC 27512-1870 |
| 519082261 | | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 519082262 | + | Allan C. Smith, Esquire, 1276 Veterans Highway Suite E-1, Bristol, PA 19007-2597 |
| 519082264 | + | Alpha Recovery Corp, 6912 S Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 519082266 | + | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519082267 | + | Bureaus Invesment Group, Portfolio No 15 LLC, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519082270 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 519082274 | + | CarePayment, PO Box 20337, Portland, OR 97294-0337 |
| 519082275 | + | Center Street Finance, 700 W Arkansas Lane, Suite 150, Arlington, TX 76013-7645 |
| 519082278 | | City of Wilmington, PO Box 15404, Wilmington, DE 19850-5404 |
| 519082280 | + | Complete Collection Service, 1007 N Federal Highway, #280, Fort Lauderdale, FL 33304-1422 |
| 519082282 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 519082283 | | Cooper University Physicians, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519082285 | + | Crafter's Choice Brands LLC, 7820 E Pleasant Valley Road, Independence, OH 44131-5531 |
| 519082288 | | Delaware Dept of Transportation, Delaware EZ-Pass Violation Center, PO Box 697, Dover, DE 19903-0697 |
| 519082289 | | Delaware Valley Urology, LLC, 2003B Lincoln Drive West, Marlton, NJ 08053-1529 |
| 519082290 | + | E-ZPass Violation Processing Ctr, PO Box 4971, Trenton, NJ 08650-4971 |
| 519082291 | + | Ears Nose & Throat Specialists PC, 1206 W Sherman Avenue, Bldg 2, Ste B, Vineland, NJ 08360-6911 |
| 519082292 | + | Emerg Phy Assoc of S.Jersey, PC, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 519127196 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 519082293 | | Express Lanes, c/o JPMorgan Chase Bank, N.A., PO Box 28148, New York, NY 10087-8148 |
| 519082294 | + | FCBS, Inc., 330 S Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 519082295 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519082296 | | First Financial Asset Mgmt, Inc., PO Box 901, Fort Mill, SC 29716-0901 |
| 519082297 | + | Garden State Radiology Network, LLC, 28077 Network Place, Chicago, IL 60673-1280 |
| 519132249 | | Grand Avenue Mortgage Loan Trust 2017-RPL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519082298 | | HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080 |
| 519082299 | | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519082300 | | HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 519082301 | + | HUP OP Pharmacy, 3400 Spruce Street, Philadelphia, PA 19104-4238 |
| 519082302 | | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519082303 | | Ingrid Warmuth, MD, PO Box 785006, Philadelphia, PA 19178-5006 |
| 519082305 | + | Inspira Health Network, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082304 | | Inspira Health Network, PO Box 650292, Dallas, TX 75265-0292 |
| 519082306 | | Internal Medicine Associates, PA, 201 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082310 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 519082311 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |

| Recip ID | | Recipient |
|---|---|---|
| 519082312 | | Kennedy Medical Group Practice, PC, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 519082315 | | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 519082316 | | Littman & Barclay Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 519082318 | + | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-1600 |
| 519082319 | + | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 519082321 | | Miraca Life Sciences, PO Box 844117, Dallas, TX 75284-4117 |
| 519082324 | + | NC Quick Pass Customer Service Center, 200 Sorrell Grove Church Road, Suite A, Morrisville, NC 27560-9543 |
| 519269310 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 519082326 | | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 519082328 | + | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 519082327 | + | PA Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519082329 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082330 | | Pinnacle Mid-Atlantic Anesthesia/NJ, PO Box 650782, Dallas, TX 75265-0782 |
| 519082334 | + | Professional Account Management, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 519082333 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 519082335 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519082339 | | SJ Gastroenterology Consultants PA, PO Box 183, Bridgeton, NJ 08302-0137 |
| 519082344 | + | STAT Medical Transport, PO Box 13702, 30th Street Station, Philadelphia, PA 19101-3702 |
| 519082338 | + | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082340 | | South Jersey Eye Associates, PA, 205 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082341 | + | South Jersey Health System, 501 Front Street, Elmer, NJ 08318-2101 |
| 519082342 | + | South Jersey Healthcare, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082343 | + | Southern Regional Pathology Assoc., PC, 1505 West Sherman Avenue, Vineland, NJ 08360-7059 |
| 519082346 | + | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 519082347 | + | The Bureaus Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519082348 | #+ | Thomas & Cook, PO Box 598, 57 Cooper Street, 2nd Floor, Woodbury, NJ 08096-4650 |
| 519082349 | | Trustees UPHS HUP PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082350 | + | Westlake Financial Services, PO Box 54607, Los Angeles, CA 90054-0607 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519082263 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Dec 20 2021 20:37:00 | AllianceOne Receivables Management, Inc., 4850 Street Road Suite 300, Feasterville Trevose, PA 19053-6643 |
| 519082267 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 20 2021 20:45:36 | Bureaus Invesment Group, Portfolio No 15 LLC, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519153026 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 20 2021 20:45:50 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519082268 | + | Email/Text: payments@brsi.net | Dec 20 2021 20:37:00 | Business Revenue Systems, Inc., 3208 Division Street, Burlington, IA 52601-1653 |
| 519082269 | | Email/Text: info@chcollects.com | Dec 20 2021 20:37:00 | C&H Collection Services Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 519153639 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:45:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519082271 | + | Email/Text: clientrep@capitalcollects.com | Dec 20 2021 20:37:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 519082272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 20:45:48 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519142234 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 20 2021 20:46:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519190982 | + | Email/Text: peritus@ebn.phinsolutions.com | Dec 20 2021 20:37:00 | Center Street Finance c/o Peritus Portfolio Svcs, PO Box 141419, Irving, TX 75014-1419 |
| 519082277 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2021 20:46:07 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519082279 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2021 20:37:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 519082281 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 20 2021 20:37:00 | Convergent Outsourcing, Inc., 800 SW 39th St, PO Box 9004, Renton, WA 98057-9004 |
| 519082284 | | Email/Text: bankruptcy@sccompanies.com | Dec 20 2021 20:37:00 | Country Door Inspirations, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519082286 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 20 2021 20:37:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519082287 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2021 20:45:38 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519082317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2021 20:45:41 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 519082302 | | Email/Text: Bankruptcy@ICSystem.com | Dec 20 2021 20:37:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519082307 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2021 20:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519082309 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2021 20:37:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 519082273 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2021 20:45:48 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 519082308 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2021 20:37:00 | Jared Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 519082314 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2021 20:37:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519110858 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2021 20:46:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519082322 | + | Email/Text: mpma1944@aol.com | Dec 20 2021 20:37:00 | MPMA Collections, PO Box 298, Millville, NJ 08332-0298 |
| 519082320 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2021 20:37:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519082323 | | Email/Text: Bankruptcies@nragroup.com | Dec 20 2021 20:37:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 519082325 | + | Email/PDF: bankruptcy@ncfsi.com | Dec 20 2021 20:45:49 | New Century Financial Services, 110 S Jefferson Rd #104, Whippany, NJ 07981-1038 |
| 519082331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2021 20:45:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519082332 | | Email/Text: signed.order@pfwattorneys.com | Dec 20 2021 20:37:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519127151 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2021 20:37:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519082336 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:45:40 | Resurgent Receivables LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 519100143 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:45:52 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 519082337 | + | Email/Text: bkrpt@retrievalmasters.com | | |
| | | | Dec 20 2021 20:37:00 | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 519082345 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 20 2021 20:45:53 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519083580 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 20 2021 21:00:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519082347 | + | Email/PDF: tbiedi@PRAGroup.com | | |
| | | | Dec 20 2021 20:45:36 | The Bureaus Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| cr | | RoundPoint Mortgage Servicing Corporation |
| 519108945 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519082276 | ## | Chase Receivables, 755 Baywood Drive, Suite 208, Petaluma, CA 94954-5508 |
| 519082313 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

| Name | Email Address |
| Denise E. Carlon | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Joint Debtor Paula M. Eckardt roldanlaw@comcast.net roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor Michael C. Eckardt roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5