UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# LAW OFFICES OF REX J. ROLDAN
*A Professional Corporation*

WASHINGTON PROFESSIONAL CAMPUS
900 ROUTE 168, SUITE I-4
TURNERSVILLE, NEW JERSEY 08012

REX J. ROLDAN
MEMBER OF NJ AND PA BARS

(856) 232-1425
FAX (856) 232-1025
E-MAIL: ROLDANLAW@COMCAST.NET

OUR FILE NO.: 4238RR

January 25, 2022

Center Street Finance
c/o Peritus Portfolio Services II, LLC
PO Box 141419
Irving, TX 75014

RE: Michael C. and Paula M. Eckardt
Chapter 13 Bankruptcy Case No.: 21-10584 (ABA)

Dear Sir/Madam:

Please be advised that I represent the debtors, Michael C. and Paula M. Eckardt, in the above-referenced matter. You should have previously received from the court a copy of the amended plan proposed by the Debtors and a Notice of the Hearing on Confirmation.

The enclosed amended plan is a copy of the one sent to you by the court. It has been served upon you again because the plan has provisions that may affect your interest adversely.

The Confirmation Hearing has been rescheduled for **February 23, 2022 at 10:00 a.m.** Objections to any relief sought in the plan, including relief sought by motion, must be filed seven (7) days prior to the Confirmation Hearing.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

Rex J. Roldan

RJR:amr
Enclosures

C:\Legal\bank\4238rr\centerstreet220125.wpd