UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEW JERSEY**

----------------------------------------------------------------------X
:
IN RE: : CASE NO.: 21-10584-ABA
:
Michael C. Eckardt : CHAPTER: 13
Paula M. Eckardt, :
:
: **NOTICE OF APPEARANCE**
*Debtor(s)* :
: HON. JUDGE.: Andrew B. Altenburg Jr.
:
:
:
:
:
----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> **Attorneys for SN Servicing Corporation as**
> **servicer for U.S. Bank Trust National Association**
> **as Trustee for LB-Dwelling Series V**,
> 1325 Franklin Ave., Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case,

controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated:    December 1, 2022

                By: /s/ Jason Schwartz, Esq
                *JASON SCHWARTZ, ESQ.*
                FRIEDMAN VARTOLO, LLP
                **Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V**
                1325 Franklin Ave., Suite 160
                Garden City, NY 11530
                T: (212) 471-5100
                F: (212) 471-5150

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jason Schwartz, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Ave, Suite 160<br>Garden City, New York 11530<br>P: (212) 471-5100<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V | Case No.: 21-10584-ABA<br><br>Chapter: 13 |
| In Re:<br>Michael C. Eckardt<br>Paula M. Eckardt | Adv. No.: <br><br>Hearing Date: <br><br>Hon. Judge: Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, Hollie R Carlin :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Jason Schwartz, Esq, who represents SN Servicing Corporation in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On December 1, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   December 1, 2022                /s/ Hollie R Carlin
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael C. Eckardt<br>2 Deerfield Lane<br>Sewell, NJ 08080<br><br>Paula M. Eckardt<br>2 Deerfield Lane<br>Sewell, NJ 08080 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Rex J. Roldan<br>Law Office of Rex J. Roldan, PC<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |