UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ  08225
(609) 646-0222 FAX (609) 646-0887
Attorneys for William Wenzel (70585-1)

Order Filed on June 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael C. Eckardt and Paula M. Eckardt

Debtor

Case No.: 21-10584-ABA

Hearing Date: June 17, 2025, 10:00 a

Judge: Andrew B. Altenburg,

Chapter: 13

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 18, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  1930 RTE. 9, LLC.                                                    , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

BLOCK 257, LOT 11 ON THE TAX MAP OF THE BOROUGH OF THE TOWNSHIP OF DENNIS; also commonly known as 261 Kings Highway, Dennis Township, Cape May Court House, New Jersey 08210

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:



It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-10584-ABA

Michael C. Eckardt  Chapter 13

Paula M. Eckardt

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2

Date Rcvd: Jun 18, 2025        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Eckardt, Paula M. Eckardt, 2 Deerfield Lane, Sewell, NJ 08080-2010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| David Coats | on behalf of Creditor U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V Trust dacoats@raslg.com |
| Denise E. Carlon | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis J. Ballak | on behalf of Creditor William Wenzel francis@gmslaw.com |
| Jason Brett Schwartz | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Rex J. Roldan | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 18, 2025 | Form ID: pdf903 | Total Noticed: 1

Rex J. Roldan
    on behalf of Debtor Michael C. Eckardt roldanlaw@comcast.net roldanlaw1@gmail.com

    on behalf of Joint Debtor Paula M. Eckardt roldanlaw@comcast.net roldanlaw1@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8