Form clsnodsc − ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−10584−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael C. Eckardt
2 Deerfield Lane
Sewell, NJ 08080

Paula M. Eckardt
2 Deerfield Lane
Sewell, NJ 08080

Social Security No.:
  xxx−xx−7045                                         xxx−xx−8835

Employer's Tax I.D. No.:

### NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after May 4, 2026 for the reason(s) indicated below.

☐    Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐    Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 2, 2026
JAN: jgd

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 21-10584-ABA

Michael C. Eckardt                                                        Chapter 13

Paula M. Eckardt

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                    Page 1 of 2

Date Rcvd: Apr 02, 2026              Form ID: clsnodsc                Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID**                **Recipient Name and Address**
db/jdb                   +   Michael C. Eckardt, Paula M. Eckardt, 2 Deerfield Lane, Sewell, NJ 08080-2010

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Charles G. Wohlrab | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling |

District/off: 0312-1      User: admin      Page 2 of 2

Date Rcvd: Apr 02, 2026      Form ID: clsnodsc      Total Noticed: 3

Series V bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

David Coats

on behalf of Creditor U.S. Bank Trust National Association  as Trustee for LB-Dwelling Series V Trust dacoats@raslg.com

Francis J. Ballak

on behalf of Creditor William Wenzel francis@gmslaw.com

Jason Brett Schwartz

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Matthew K. Fissel

on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

Rex J. Roldan

on behalf of Debtor Michael C. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com

Rex J. Roldan

on behalf of Joint Debtor Paula M. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9