| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Michael C. Eckardt | Social Security number or ITIN   xxx–xx–7045 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Paula M. Eckardt | Social Security number or ITIN   xxx–xx–8835 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–10584–ABA | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael C. Eckardt                    Paula M. Eckardt

4/8/26                        **By the court:** Andrew B. Altenburg Jr.
                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                 **Chapter 13 Discharge**                 page 2

United States Bankruptcy Court

District of New Jersey

In re:

Michael C. Eckardt

Paula M. Eckardt

     Debtors

Case No. 21-10584-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: 3180W | Total Noticed: 110 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Eckardt, Paula M. Eckardt, 2 Deerfield Lane, Sewell, NJ 08080-2010 |
| cr | + | William Wenzel, 1930 RTE. 9, LLC, 1930 Route 9 N, Clermont, NJ 08210, UNITED STATES 08210-1110 |
| 519082259 | | Advanced Dermatology, PC, 570 Egg Harbor Road, Ste C-1, Sewell, NJ 08080-2359 |
| 519082260 | | Advanced ENT, PO Box 1870, Cary, NC 27512-1870 |
| 519082262 | + | Allan C. Smith, Esquire, 1276 Veterans Highway Suite E-1, Bristol, PA 19007-2597 |
| 519082269 | | C&H Collection Services Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 519082270 | | Cach LLC, PO Box 5980, Denver, CO 80127 |
| 519082274 | + | CarePayment, PO Box 20337, Portland, OR 97294-0337 |
| 519082275 | + | Center Street Finance, 700 W Arkansas Lane, Suite 150, Arlington, TX 76013-7645 |
| 519082278 | | City of Wilmington, PO Box 15404, Wilmington, DE 19850-5404 |
| 519082280 | + | Complete Collection Service, 1007 N Federal Highway, #280, Fort Lauderdale, FL 33304-1422 |
| 519082282 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 519082283 | | Cooper University Physicians, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519082285 | + | Crafter's Choice Brands LLC, 7820 E Pleasant Valley Road, Independence, OH 44131-5531 |
| 519082289 | | Delaware Valley Urology, LLC, 2003B Lincoln Drive West, Marlton, NJ 08053-1529 |
| 519082291 | + | Ears Nose & Throat Specialists PC, 1206 W Sherman Avenue, Bldg 2, Ste B, Vineland, NJ 08360-6911 |
| 519082292 | + | Emerg Phy Assoc of S.Jersey, PC, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 519082294 | + | FCBS, Inc., 330 S Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 519082296 | | First Financial Asset Mgmt, Inc., PO Box 901, Fort Mill, SC 29716-0901 |
| 519082297 | + | Garden State Radiology Network, LLC, 28077 Network Place, Chicago, IL 60673-1280 |
| 519082301 | + | HUP OP Pharmacy, 3400 Spruce Street, Philadelphia, PA 19104-4238 |
| 519082303 | | Ingrid Warmuth, MD, PO Box 785006, Philadelphia, PA 19178-5006 |
| 519082304 | | Inspira Health Network, PO Box 650292, Dallas, TX 75265-0292 |
| 519082306 | | Internal Medicine Associates, PA, 201 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082310 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 519082313 | + | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 519082311 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 519082312 | | Kennedy Medical Group Practice, PC, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 519082316 | | Littman & Barclay Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 519082321 | | Miraca Life Sciences, PO Box 844117, Dallas, TX 75284-4117 |
| 519082324 | + | NC Quick Pass Customer Service Center, 200 Sorrell Grove Church Road, Suite A, Morrisville, NC 27560-9543 |
| 519082330 | | Pinnacle Mid-Atlantic Anesthesia/NJ, PO Box 650782, Dallas, TX 75265-0782 |
| 519082334 | + | Professional Account Management, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 519082333 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 519082337 | + | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 519082344 | + | STAT Medical Transport, PO Box 13702, 30th Street Station, Philadelphia, PA 19101-3702 |
| 519082340 | | South Jersey Eye Associates, PA, 205 Laurel Heights Drive, Bridgeton, NJ 08302-3635 |
| 519082341 | + | South Jersey Health System, 501 Front Street, Elmer, NJ 08318-2101 |
| 519082342 | + | South Jersey Healthcare, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082343 | + | Southern Regional Pathology Assoc., PC, 1505 West Sherman Avenue, Vineland, NJ 08360-7059 |

District/off: 0312-1 User: admin Page 2 of 5

Date Rcvd: Apr 08, 2026 Form ID: 3180W Total Noticed: 110

| | | |
|---|---|---|
| 519082348 | + | Thomas & Cook, PO Box 598, 57 Cooper Street, 2nd Floor, Woodbury, NJ 08096-4650 |
| 519082349 | | Trustees UPHS HUP PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519082350 | + | Westlake Financial Services, PO Box 54607, Los Angeles, CA 90054-0607 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Apr 08 2026 20:54:00 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 519082261 | | Email/Text: akron_patient_services@teamhealth.com | Apr 08 2026 20:58:00 | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 519082265 | | Email/Text: collectors@arresourcesinc.com | Apr 08 2026 20:58:00 | AR Resources, Inc., 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 519082263 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 08 2026 20:58:00 | AllianceOne Receivables Management, Inc., 4850 Street Road Suite 300, Feasterville Trevose, PA 19053-6643 |
| 519082264 | ^ | MEBN | Apr 08 2026 20:53:39 | Alpha Recovery Corp, 6912 S Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 519082266 | ^ | MEBN | Apr 08 2026 20:53:36 | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519082267 | + | EDI: Q3GTBI | Apr 09 2026 00:44:00 | Bureaus Invesment Group, Portfolio No 15 LLC, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519153026 | + | EDI: PRA.COM | Apr 09 2026 00:44:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519082268 | + | Email/Text: payments@brsi.net | Apr 08 2026 20:59:00 | Business Revenue Systems, Inc., 3208 Division Street, Burlington, IA 52601-1653 |
| 519153639 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 20:57:33 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519082271 | + | Email/Text: amanda@cascollects.com | Apr 08 2026 20:59:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 519082272 | | EDI: CAPITALONE.COM | Apr 09 2026 00:44:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519142234 | + | EDI: AIS.COM | Apr 09 2026 00:44:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519082273 | | EDI: JPMORGANCHASE | Apr 09 2026 00:44:00 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 519190982 | + | Email/Text: peritus@ebn.phinsolutions.com | Apr 08 2026 20:59:00 | Center Street Finance c/o Peritus Portfolio Svcs, PO Box 141419, Irving, TX 75014-1419 |
| 519082276 | | Email/Text: docs@chaserec.com | Apr 08 2026 20:59:00 | Chase Receivables, 755 Baywood Drive, Suite 208, Petaluma, CA 94954-5508 |
| 519082277 | | EDI: CITICORP | Apr 09 2026 00:44:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519082279 | | EDI: WFNNB.COM | Apr 09 2026 00:44:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |

District/off: 0312-1                                     User: admin                                        Page 3 of 5
Date Rcvd: Apr 08, 2026                            Form ID: 3180W                              Total Noticed: 110

| | | | | |
|---|---|---|---|---|
| 519082281 | + EDI: CONVERGENT.COM | Apr 09 2026 00:44:00 | Convergent Outsourcing, Inc., 800 SW 39th St, PO Box 9004, Renton, WA 98057-9004 |
| 519082284 | EDI: CBS7AVE | Apr 09 2026 00:44:00 | Country Door Inspirations, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519082286 | + EDI: CCS.COM | Apr 09 2026 00:44:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519082287 | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2026 20:57:40 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519082317 | EDI: CITICORP | Apr 09 2026 00:44:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 519082288 | ^ MEBN | Apr 08 2026 20:54:16 | Delaware Dept of Transportation, Delaware EZ-Pass Violation Center, PO Box 697, Dover, DE 19903-0697 |
| 519127196 | Email/Text: BNCnotices@dcmservices.com | Apr 08 2026 20:58:00 | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 519082293 | ^ MEBN | Apr 08 2026 20:53:17 | Express Lanes, c/o JPMorgan Chase Bank, N.A., PO Box 28148, New York, NY 10087-8148 |
| 519082295 | ^ MEBN | Apr 08 2026 20:53:57 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519132249 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2026 20:59:00 | Grand Avenue Mortgage Loan Trust 2017-RPL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519082298 | ^ MEBN | Apr 08 2026 20:53:55 | HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080 |
| 519082299 | EDI: HFC.COM | Apr 09 2026 00:44:00 | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519082300 | EDI: HFC.COM | Apr 09 2026 00:44:00 | HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 519082302 | EDI: LCIICSYSTEM | Apr 09 2026 00:44:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519082305 | + Email/Text: robbinsa1@ihn.org | Apr 08 2026 20:59:00 | Inspira Health Network, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519082307 | EDI: IRS.COM | Apr 09 2026 00:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519082309 | EDI: JEFFERSONCAP.COM | Apr 09 2026 00:44:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 519082308 | EDI: WFNNB.COM | Apr 09 2026 00:44:00 | Jared Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 519082314 | EDI: CAPITALONE.COM | Apr 09 2026 00:44:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519082315 | Email/Text: govtaudits@labcorp.com | Apr 08 2026 20:58:00 | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 519082318 | Email/Text: mdtaoag@mdta.state.md.us | Apr 08 2026 20:58:00 | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-7600 |
| 519110858 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 20:57:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519082322 | + Email/Text: mpma1944@aol.com | Apr 08 2026 20:59:00 | MPMA Collections, PO Box 298, Millville, NJ 08332-0298 |
| 519082319 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 20:57:39 | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 519082320 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Credit Management, Inc., 350 Camino De |

District/off: 0312-1 | User: admin | Page 4 of 5
Date Rcvd: Apr 08, 2026 | Form ID: 3180W | Total Noticed: 110

| | | | |
|---|---|---|---|
| | | | La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519082290 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 08 2026 20:58:00 | E-ZPass Violation Processing Ctr, PO Box 4971, Trenton, NJ 08650 |
| 519269310 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 08 2026 20:58:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519082323 | Email/Text: Bankruptcies@nragroup.com | Apr 08 2026 20:59:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 519082325 | + Email/PDF: bankruptcy@ncfsi.com | Apr 08 2026 20:57:49 | New Century Financial Services, 110 S Jefferson Rd #104, Whippany, NJ 07981-1038 |
| 519082326 | Email/Text: ngisupport@radiusgs.com | Apr 08 2026 20:58:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 519082327 | ^ MEBN | Apr 08 2026 20:54:29 | PA Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519082331 | EDI: PRA.COM | Apr 09 2026 00:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519082332 | Email/Text: signed.order@pfwattorneys.com | Apr 08 2026 20:58:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519082329 | ^ MEBN | Apr 08 2026 20:54:16 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519127151 | EDI: Q3G.COM | Apr 09 2026 00:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519082335 | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 08 2026 20:59:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519082336 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 20:57:33 | Resurgent Receivables LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 519100143 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 20:57:41 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519082338 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2026 20:59:00 | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082345 | EDI: SYNC | Apr 09 2026 00:44:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519083580 | + EDI: PRA.COM | Apr 09 2026 00:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519082346 | + EDI: WTRRNBANK.COM | Apr 09 2026 00:44:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 519082347 | + EDI: Q3GTBI | Apr 09 2026 00:44:00 | The Bureaus Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 520131525 | + Email/Text: bknotices@snsc.com | Apr 08 2026 20:59:00 | U.S. Bank National Association, et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 520131526 | + Email/Text: bknotices@snsc.com | Apr 08 2026 20:59:00 | U.S. Bank National Association, et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank National Association, et al., c/o SN Servicing Corporation 95501-0305 |
| 519693376 | ^ MEBN | Apr 08 2026 20:52:44 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank Trust NA, SN Servicing Corporation 95501-0305 |
| 519693375 | ^ MEBN | Apr 08 2026 20:52:45 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

District/off: 0312-1      User: admin      Page 5 of 5

Date Rcvd: Apr 08, 2026      Form ID: 3180W      Total Noticed: 110

TOTAL: 67

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RoundPoint Mortgage Servicing Corporation |
| 519108945 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519082328 | ##+ | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 519082339 | ## | SJ Gastroenterology Consultants PA, PO Box 183, Bridgeton, NJ 08302-0137 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Charles G. Wohlrab | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| David Coats | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for LB-Dwelling Series V Trust dacoats@raslg.com |
| Francis J. Ballak | on behalf of Creditor William Wenzel francis@gmslaw.com |
| Jason Brett Schwartz | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Matthew K. Fissel | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Rex J. Roldan | on behalf of Joint Debtor Paula M. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor Michael C. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9