Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−10584−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael C. Eckardt | Paula M. Eckardt |
| 2 Deerfield Lane | 2 Deerfield Lane |
| Sewell, NJ 08080 | Sewell, NJ 08080 |

Social Security No.:
 xxx−xx−7045                          xxx−xx−8835

Employer's Tax I.D. No.:

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

   TO: <u>Michael C. Eckardt and Paula M. Eckardt</u>
        Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under
Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: April 9, 2026
JAN: dmb

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:

Michael C. Eckardt

Paula M. Eckardt

     Debtors

Case No. 21-10584-ABA

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                        Page 1 of 2

Date Rcvd: Apr 09, 2026           Form ID: ntcfncur                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

**Recip ID**                  **Recipient Name and Address**
db/jdb                     +   Michael C. Eckardt, Paula M. Eckardt, 2 Deerfield Lane, Sewell, NJ 08080-2010

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                  Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

**Name**                  **Email Address**

Andrew B Finberg

      courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Charles G. Wohlrab

      on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

David Coats

      on behalf of Creditor U.S. Bank Trust National Association  as Trustee for LB-Dwelling Series V Trust dacoats@raslg.com

Francis J. Ballak

      on behalf of Creditor William Wenzel francis@gmslaw.com

Jason Brett Schwartz

      on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

District/off: 0312-1                         User: admin                                  Page 2 of 2

Date Rcvd: Apr 09, 2026                      Form ID: ntcfncur                         Total Noticed: 1

Matthew K. Fissel
                    on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bkgroup@kmllawgroup.com
                    matthew.fissel@brockandscott.com

Rex J. Roldan
                    on behalf of Debtor Michael C. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com

Rex J. Roldan
                    on behalf of Joint Debtor Paula M. Eckardt roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9