Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21–10584–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael C. Eckardt
2 Deerfield Lane
Sewell, NJ 08080

Paula M. Eckardt
2 Deerfield Lane
Sewell, NJ 08080

Social Security No.:
xxx–xx–7045

xxx–xx–8835

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 6, 2026

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court